WILLIAM SCHRADIN, as Administrator of the Estate of HERMANN SCHRADIN, Deceased, Respondent, *v.* THE NEW YORK CENTRAL AND HUDSON RIVER RAILROAD COMPANY, Appellant.

*Schradin v. N. Y. C. & H. R. R. R. Co.*, 124 App. Div. 705, affirmed.
(Argued December 15, 1908; decided January 12, 1909.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered March 19, 1908, affirming a judgment in favor of plaintiff entered upon a verdict and an order denying a motion for a new trial in an action to recover for the death of plaintiff's intestate alleged to have occurred through defendant's negligence.

*Robert A. Kutschbock* and *Charles C. Paulding* for appellant.

*George Vivian Smith* for respondent.

Judgment affirmed, with costs, the court being of opinion that the act (Chapter 657 of the Laws of 1906) on which the defendant's liability is based is constitutional, the classification that is made in that act being a reasonable one ; no opinion.

Concur : CULLEN, Ch. J., EDWARD T. BARTLETT, HAIGHT, VANN, WERNER and CHASE, JJ. Dissenting : HISCOCK, J.